# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Kevin Frosaker

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Novartis Pharmaceuticals Corporation

**07 CV 2961**

TO: (Name and address of defendant)

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, New Jersey 07936-1080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York 10175

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

APR 1 2 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action       **RETURN OF SERVICE**

SERVICE OF: **SUBPOENA IN A CIVIL CASE, COMPLAINT AND JURY DEMAND**
EFFECTED (1) BY ME: **PASCAL KUVALAKIS**
TITLE: **PROCESS SERVER**                                   DATE: **04/18/2007  02:45PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

NOVARTIS PHARMACEUTICALS CORP.

Place where served:

ONE HEALTH PLAZA  EAST HANOVER TWP. NJ 07936

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MAT GARRISON ESQ.

Relationship to defendant: ATTORNEY

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: OVER 6'   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/18/20 07        _____ L.S.
SIGNATURE OF PASCAL KUVALAKIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

04/18/07

JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2007

ATTORNEY:    RUSSEL H. BEATIE, ESQ.
PLAINTIFF:   KEVIN FROSAKER
DEFENDANT:   NOVARTIS PHARMACEUTICALS CORP.
VENUE:       DISTRICT OF NY
DOCKET:      07 CV 2961

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.